```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 27581
    GARY ERIC SHORT
    FLORINE SHORT                               CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-3660     SSN XXX-XX-0118

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 07/12/2005 and was confirmed 08/24/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 10/31/2007.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID          PAID
--------------------------------------------------------------------------------
MORTGAGE ELECTRONIC REGI  CURRENT MORTG       34596.75           .00        27155.55
MORTGAGE ELECTRONIC REGI  MORTGAGE ARRE       30700.18           .00          880.98
CAPITAL ONE AUTO FIN      SECURED              9650.00        778.29          150.67
CAPITAL ONE AUTO FIN      UNSECURED            9889.87           .00             .00
MORTGAGE ELECTRONIC REGI  NOTICE ONLY        NOT FILED           .00             .00
SHAPIRO & KREISMAN        NOTICE ONLY        NOT FILED           .00             .00
WFS FINANCIAL             UNSECURED           10192.97           .00             .00
AAA CHECKMATE             UNSECURED          NOT FILED           .00             .00
FINGERHUT CREDIT ADVANTA  UNSECURED            1744.69           .00             .00
RESURGENT ACQUISITION LL  UNSECURED             276.60           .00             .00
CAPITAL ONE BANK          UNSECURED             838.70           .00             .00
CAPITAL ONE BANK          UNSECURED             526.08           .00             .00
CAPITAL ONE BANK          UNSECURED             709.86           .00             .00
CREDIT CARD SERVICE       UNSECURED          NOT FILED           .00             .00
ONE IRON VENTURES INSTAN  UNSECURED          NOT FILED           .00             .00
NATIONWIDE ACCEPTANCE~    UNSECURED            1634.42           .00             .00
ISAC                      UNSECURED            7081.45           .00             .00
RESURGENT ACQUISITION LL  UNSECURED             411.92           .00             .00
SIR FINANCE               UNSECURED             748.00           .00             .00
WAL MART STORES INC       UNSECURED          NOT FILED           .00             .00
JOSEPH WROBEL             DEBTOR ATTY          2,094.00                       2,094.00
TOM VAUGHN                TRUSTEE                                             1,690.51
DEBTOR REFUND             REFUND                                              7,950.00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    40,700.00

PRIORITY                                              .00
SECURED                                         28,187.20

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 27581 GARY ERIC SHORT & FLORINE SHORT
```

```
    INTEREST                                              778.29
UNSECURED                                                    .00
ADMINISTRATIVE                                          2,094.00
TRUSTEE COMPENSATION                                    1,690.51
DEBTOR REFUND                                           7,950.00
                                    ----------------  ----------------
TOTALS                                    40,700.00         40,700.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 01/25/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```